4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES COURT OF APPEALS FOURTH CIRCUIT

United States District Court
Southern District of Texas
FILED

JUN 25 2002

Michael N. Milby
Clerk of Court

HUGO HERNANDEZ

V.

RE: S20502l0739
MC-B-02-005

Board of Disciplinary Appeals

PETITION FOR REVIEW OF ORDER OF BOARD
OF DISCIPLINARY APPEALS

HUGO HERNANDEZ HEREBY PETITIONS THE COURT
FOR REVIEW OF THE ORDER OF THE BOARD
OF DISCIPLINARY APPEALS ENTERED ON
MAY, 22, 2002

PRO-SE PETITIONER
HUGO HERNANDEZ # 030739
DET., CTR. 1-X-3
1145 E HARRISON STREET
BROWNSVILLE, TEXAS 78520

2002 JUN 11 PM 3:09
U.S. [BOARD OF APPEALS]
FOURTH CIRCUIT
FILED

I DECLARE UNDER PENALTY OF PERJURY THAT
THE STATEMENT MADE IN THIS COMPLAINT ARE TRUE
AND CORRECT TO THE BEST OF MY KNOWLEDGE

# STATE BAR OF TEXAS



May 30, 2002

**State Bar of Texas**
**1109 N. 77 Sunshine Strip**
**Harlingen, Texas 78550**
**(956) 423-6890**
**FAX: (956) 428-7357**

Hugo Hernandez #030737
1145 E. Harrison Street
Brownsville, Texas 78520

Re: S2050210739 Hugo Hernandez v. Nathaniel C. Perez

Dear Mr. Hernandez:

This office is in receipt of your third grievance against Nathaniel C. Perez which we received on May 22, 2002. The information contained in this current complaint was previously considered in the other complaints you filed against Mr. Perez.

Rule 2.09 of the Texas Rules of Disciplinary Procedure states that Complainants may amend their complaints with additional information for reconsideration <u>one time only</u> following dismissal by the Chief Disciplinary Counsel's Office, the Board of Disciplinary Appeals, or the Grievance Committee. You have therefore, exhausted all remedies available to you through the State Bar of Texas. This office will not accept any further complaints from you against Mr. Perez in reference to these issues. Any further information received from you will simply be returned without action. I am sorry that there is nothing the State Bar can do for you in this matter but you cannot continue to re-file complaints simply because you are not happy with the previous decisions.

Please be advised, we are still pending your appeal decision from the Board of Disciplinary Appeals regarding S2040210569 that has not been received. You will receive that decision through correspondence. If the State Bar's decision to dismiss is reversed, on the case mentioned, then your complaint [S2040210569] will be upgraded to a complaint.

Sincerely,

Javier Reyna
Investigator
Office of the Chief Disciplinary Counsel
State Bar of Texas

cc Nathaniel Perez



**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517

PATRICIA S. CONNOR
CLERK

TELEPHONE
(804) 916-2700

June 17, 2002

Hugo Hernandez #030737
Det., Ctr. 1-X-3
1145 E. Harrison Street
Brownsville, TX 78520

Dear Mr. Hernandez:

    This office received your Petition for Review of Order of Board of Disciplinary Appeals. This Court's jurisdiction over attorney disciplinary matters does not extend to a decision of the state bar of Texas board of disciplinary appeals. Therefore, we are returning your letter to you so that you may file it with the proper board or court.

Sincerely,

Mark J. Zanchelli
Chief Deputy Clerk

MJZ:jm
Enclosure