

United States District Court
Southern District of Texas
FILED

JUL 01 2002

Michael N. Milby
Clerk of Court

B-02 mc 5

HUGO HERNANDEZ           *
                         * IN THE UNITED STATES
   VS                    * COURT FOR THE
                         * SOUTHERN DISTRICT OF
STATE OF TEXAS           * TEXAS

HABEAS CORPUS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, HUGO HERNANDEZ, PETITIONER AND FILED THROUGH HIMSELF HABEAS CORPUS IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, PURSUANT TO TEXAS CONSTITUTION ARTICLE 1 sec. 12 AND IN SUPPORT OF THIS HABEAS CORPUS WOULD SHOW AS FOLLOWS:

1

PURSUANT TO 28 U.S.C § 2242 PETITIONER WAS ARRESTED BY BROWNSVILLE POLICE DETECTIVE ON THE 4TH DAY OF JANUARY OF 2002 AND IS INCARSERNTED ON CHARGED OF BURGLARY OF A BULDING THEFT ON SIX COUNTS AND HABITUAL COUNT.

## II

PETITIONER CONSTITUTIONAL GUARANTY AND THE STATUTES ENACTED TO IMPLEMENT IT IS TO PROTECT THE ACCUSED AND UNDUE LENGTH OF TIME OR PREVENT UNREASONABLE DELAY. PETITIONER HAS BEEN IN CUSTODY ON CAMERON COUNTY JAIL FOR 180 FOLLOWING THE DATE SPECIFIED AND TRIAL HAS NOT YET COMMENED UPON THIS HEBEAS CORPUS

## III

UNDER A STATUE PROVIDING THAT EVERY PERSON IN CUSTODY IN THE STATE FOR AN ALLEGED OFFENS MUST BE TRIED WITHIN A SPECIFIED NUMBER OF DAYS FROM THE DATE HE WAS TAKEN INTO CUSTODY. UNLESS THE DELAY IS OCCASIONED BY THE PETITIONER PETITIONER WHO IS HELD IN CUSTODY FOR MORE THAN STATUTORY PERIOD IS ENTITLED TO BE DISCHARGED (PEOPLE VS. MARKWOOD 108 Ill APP 2d 468, 287 NE 2d 914)

## IV

FACT THAT HABITUAL CRIMINAL STATUTE WAS APPLICABLE AT DISCRETION OF PROSECUTING ATTORNEY DID NOT RENDER IT UNCONSTITUTIONALLY DISCRIMINATORY ABSENT SHOWING OF BAD FAITH OR INTENTIONAL MISCONDUCT ON PART OF PROSECUTOR STATE V. COLLING (1974) 215 KAN 789 528 P2d 1221,

*[signature]*
PRO-SE PETITIONER

CERTIFICATE OF SERVICE

I HUGO HERNANDEZ DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING HABEAS CORPUS HAS BEEN FORWARDED TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS ON 1 DAY OF JULY 2002

*[signature]*
PRO-SE PETITIONER
HUGO HERNANDEZ #030737
DETENTION CENTER 1-X-3
1145 E HARRISON ST
BROWNSVILLE, TEXAS 78520