UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HUGO HERNANDEZ | * | |
| VS | * | MISC. NO. B-02-005 |
| STATE OF TEXAS | * | |

## O R D E R

The above-styled and numbered 28 U.S.C. § 1983 cause of action is hereby set for a **status hearing** on July 31, 2002, at 9:00 a.m.

The Clerk is hereby **ORDERED** to issue a writ ad testificandum for the Petitioner's presence at said hearing.

The United States District Clerk's Office is hereby **ORDERED** to summon to the hearing Petitioner's State counsel, Nat C. Perez, Jr., 847 E. Harrison Street, Brownsville, Texas.

DONE at Brownsville, Texas, on 17th day of July 2002.

Felix Recio
United States Magistrate Judge