NAt Perez   MSC B-02 05

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | July 18, 2002 |
| NAME OF SERVER (PRINT)<br>Robert Aguilar | TITLE<br>Deputy U.S. Marshal |

*Check one box below to indicate appropriate method of service*

[x] Served personally upon the defendant. Place where served: 847 E. Harrison, Brownsville, Tx 78521

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

JUL 23 2002

Michael N. Milby
Clerk of Court

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 18, 2002
              *Date*

*Signature of Server:* Robert Aguilar

600 E. Harrison, Suite 1032, Brownsville, Tx
*Address of Server*

The summons was served on Nat C. Perez Jr on July 18, 2001 at 11:59 a.m. The summons served by one Deputy U.S. Marshal and there was no mileage for this process.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RCVD 7/23/02 11:45