```
COURTROOM MINUTES:  Felix Recio Judge Presiding
                    Southern District of Texas, Brownsville Division

Courtroom Clerk     :   M Garcia
ERO                 :   G Mendieta
CSO                 :   R Salinas
Date                :   July 31, 2002 at 09:10 a.m.
```

MISC. NO. B-02-005 (HGT)

HUGO HERNANDEZ                          *

vs                                      *

STATE OF TEXAS                          *

*United States District Court*
*Southern District of Texas*
*FILED*
*JUL 31 2002*
*Michael N. Milby*
*Clerk of Court*

## STATUS HEARING

Deft present;
Attorney Nat C Perez Jr present;

The Court is requesting a status on the case, stating a confusion as to why the Defendant has filed a Petition with the Federal Court;

Attorney Nat C Perez Jr states a Motion to Withdraw as attorney of record was signed on Monday, July 29; Counsel further states the defendant was revoked his probation and was sentenced to serve 2 yrs state jail prison; Counsel informs the Court the defendant has 2 pending charges aside from the revocation;

Defendant states he has filed a Writ of Habeas with the Federal Court because the State denied his Writ of Habeas;

The Court explains to the defendant that the fact that his cases are not going as quickly as he would like is no bases for filing a Writ in Federal Court;

Defendant states he has filed a Grievance with the State Bar against Attorney Nat C Perez Jr;

The Court has no authority since the defendant's cases are still pending;

The Court will notify Judge Euresti of the filing of this Writ of Habeas; Further the Court states that the Writ of Habeas will be dismissed, for there are no grounds to move forward on the Petition;

Defendant remanded to state custody;

Court adjourned.