# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 9 2002

Michael N. Milby
Clerk of Court



| | | |
|---|---|---|
| **HUGO HERNANDEZ** | * | |
| VS | * | **MISC. NO. B-02-005** |
| **STATE OF TEXAS** | * | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:  **Sheriff, Cameron County, Brownsville, Texas**

United States Marshal, Southern District of Texas, or any other authorized United States Marshal

GREETINGS:

We command that you have the body of **HUGO HERNANDEZ**, now duly committed to the custody #030737 DOB: 2-24-59 of the **Sheriff, Cameron County, Brownsville, Texas**, under safe and secure conduct before the United States District Court for the Southern District of Texas, Brownsville Division, at Brownsville, Texas, on **July 31, 2002, at 9:00 a.m.,** there and at that time to testify in the above-styled and numbered cause of action, and after having so testified and been duly discharged by the Court, to return the said **HUGO HERNANDEZ**, to the custody of the **Sheriff, Cameron County, Brownsville, Texas**, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable Felix Recio, United States Magistrate Judge, United States District Court for the Southern District of Texas, and the seal of the said Court at Brownsville, Texas, this 17th day of July 2002.

Michael N. Milby, CLERK
United States District Court
Southern District of Texas

BY: _L. M. Villarreal_
(Deputy)

ON 7/31/02 THIS WRIT WAS EXECUTED BY ADVISING CAMERON CO S.O. TO PRODUCE THIS INDIVIDUAL ON ABOVE DATE AS REQUESTED.  PRISONER WAS TRANSPORTED AS REQUESTED.

Ruben Monzon, U.S. Marshal

BY: _Maria Luisa Perez_
Lead Admin. Supp. Asst.