12

United States District Court
Southern District of Texas
FILED

SEP 0 5 2002

Michael N. Milby
Clerk of Court

MISC. NO. B-02-005

HUGO HERNANDEZ                    //
                                 // UNITED STATES DISTRICT COURT
        V                        // SOUTHERN DISTRICT OF TEXAS
                                 //    BROWNSVILLE DIVISION
STATE OF TEXAS                   //

## MOTION TO OBJECT

TO THE HONORABLE JUDGE OF SAID COURT:
    NOW COMES HUGO HERNANDEZ AND THROUGH
       HIMSELF AND MOVE THE COURT TO OBJECT
ON MAGISTRATE JUDGE'S REPORT AND RECOMMEDATION
AND IN SUPPORT THEREOF SHOWS THE FOLLOWING

                        1

PETITIONER REQUIRING STATE TO BE RADY FOR TRIAL SIX
MONTH FROM DATE OF ARREST SERVICE OF SUMMON'S
DETENTION OR FILING OF COMPLAINT FOR FORMAL
    CHARGE. WHICHEVER WAS EARLIEST SIX MONTH
PERIOD BEGAN UN DATE. THE FAILURE TO CONSIDER
   CLAIM WOULD RESULT IN A FUNDAMANTAL
MISCARRIAGE OF JUSTICE OR THAT SUFFICIENT
   CAUSE AND PRESUDICE EXISTED TO EXCUSE
PROCEDURAL DEFAULT OKEN V CORCORAN 220 F3d
   259

## II

PETITIONER WAS ARRESTED WAS SUBSEQUENTLY DIMISSED FOR LACK OF EVIDENCE ON INDICTMENTS #02CR201A AND 02CR202A. FOR REASON UNCLEAR THE STATE REINDICTMENT ON THE SAME CHARGED ON INDICTMENTS #02CR551 AND 02CR552. PETITIONER RIGHTS ARE BEING VIOLATED UNDER ARTICLE 39.14 OF THE TEXAS CODE OF CRIMINAL PROCEDURE, ARTICLE 1 ¨3, 3A 10, 13 AND 19 OF THE CONSTITUTION OF THE STATE OF TEXAS, AND THE FIFTH, SIXTH, EIGHT AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION OF THE UNITED STATE OF AMERICA. IN CONDUCTING HABEAS REVIEW FEDERAL COURT ARE LIMITED TO DECIDING WHETHER A CONVICTION VIOLATED THE CONSTITUTION LAW OR TREATIES OF THE UNITED STATES 28 U.S.C.A 2254 SOLIS V GARCIA 219 F 3d 922

## III

THE CONTRARY TO CLAUSE OF FEDERAL STATUTS DEFINING STANDARD OF REVIEW FOR HABEAS CLAIM ADJUDICATED ON THE MERITS BY STATE COURTS IS FULFILLED WHEN STATE COURT APPLIED A RULE THAT WAS CHARACTER OR NATURE, OR MUTULLY OPPOSED TO A MAXIM OF LAW AS STATED BY THE SUPREME COURT AND WHEN STATE COURT IS CONFRONTED WITH A SET OF FACTS WHICH ARE MATERIALLY INDISTINGUISHABLE FROM A DECISION

OF THE SUPREME COURT and NEVERTHELESS ARRIVES
AT A RESULT DIFFERENT FROM ITS PRECEDENT 28 U.S.C.A
2254(d)(1) Id

WHEREFORE. PREMISES CONSIDERED THE PETITIONER
HUGO HERNANDEZ RESPECTFULLY PRAY THAT THIS
HONORABLE COURT GRANTED SAID MOTION AND FOR
SUCH OTHER FURTHER RELIEF AS AND FOR SUCH
DEEM APPROPRIATE

PETITIONER        PRO-SE

CERTIFICATE OF SERVICE
I HEREBY THAT A COPY OF THE ABOVE AND FOREGOING
MOTION TO OBJECT WAS DELIVERED TO THE
UNITED STATE DISTRICT COURT SOUTHER DISTRICT
OF TEXAS 600 E HARRISON STREET BROWNSVILLE TX
78520 ON THIS THE 29 OF AUG 2002

PETITIONER        PRO-SE
HUEU HERNANDEZ #030737
DETETION CENTER 1-X-3
1145 E HARRISON STREET
BROWNSVILLE TEXAS 78520