UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| HUGO HERNANDEZ, § | |
| Petitioner, § | |
| § | |
| v. § | MISC. NO. B-02-005 |
| § | |
| STATE OF TEXAS, § | |
| Respondent. § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the file, Petitioner's Pre-Conviction Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is hereby DISMISSED WITHOUT PREJUDICE.

DONE in Brownsville, Texas on this 30 day of September, 2002.

_____
Hilda G. Tagle
United States District Judge