United States District Court
Southern District of Texas
FILED
NOV 14 2002
Michael N. Milby
Clerk of Court

HUGO HERNANDEZ

VS

STATE OF TEXAS

// IN THE UNITED
// STATES COURT FOR THE
// SOUTHERN DISTRICT OF
// TEXAS

MCB-02-5

HABEAS CORPUS

TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW, HUGO HERNANDEZ PETITIONER AND FILED THROUGH HIMSELF HABEAS CORPUS IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, FOR A DEPRIVATION OF THE CONSTITUTIONAL RIGHT TO A SPEEDY TRIAL AND CODE OF CRIMINAL PROCEDURE ART 32A.02(1,E) OF TEXAS, WOULD SHOW AS FOLLOWS:

I

THE CHARGES AGAINTS ACCUSED WOULD BE DISMISSED WHERE HE WAS DEPRIVED OF HIS RIGHT TO A SPEEDY TRIAL IN THAT THERE WAS A DELAY OF ALMOS 10, MONTHS BETWEEN THE FILING OF THE INFORMATION AND THE TRIAL WHICH WAS ATTRIBUTABLE TO THE INABILITY OF THE STATE TO HAVE AVAILABLE IN A TIMELY MANNER JUDICIAL AND PROSECUTORIAL MANPOWER, ACCUSED EARLY ASSERTED HIS RIGHT AND CONTINUED TO DO SO UNTIL THE DATE THE CASE WERE TRIED, AND THERE IS NO EVIDENCE

THAT ACCUSED SOUGHT ANY DELAY BEYOND THE SHORT AND REASONABLE TIME THAT WAS NECESSARY FOR COUNSEL TO PREARE HIS CASE HADLEY V STATES 66 WIS 2d 350, 223 NW 2d 461 78 ALR 3d 273. GUARANTEED BY FOURTEENTH AMENDMENT IS DENIED ACCUSED WHERE HE IS DEPRIVED OF THAT FUNDAMENTAL FAIRNESS WHICH IS ESSENTIAL TO EVERY CONCEPT OF JUSTICE PAYNE V ARKANAS (1958) 356 US 560, 2 LEd 975, 78 SCT 844

## II

THE UNITED STATES SUPREME COURT HAS HELD THAT DISMISSAL OF THE CHARGES AGAINST THE ACCUSED IS THE ONLY POSSIBLE REMEDY FOR A DEPRIVATION OF THE CONSTITUTIONAL RIGHT TO A SPEED TRIAL 66. SUPRA. WHERE A PRETRIAL MOTION TO DIMISS HAS BEEN DENIED IT IS PROPER TO APPLY FOR A WRIT OF MANDAMUS PEOPLE V WILSON 60 CAL 2d 139, 32 CAL RPTR 44 383 P2d 452 HEMBREE V HOWELL, 90 OKLA CRIM 371 214 P2d 458 THE BURDEN IS ORDINAIRLY ON THE ACCUSED WHO ASSERT DENIAL OF THE CONSTITUTIONAL RIGHT TO SPEEDY TRIAL TO SHOW THAT HIS CONSTITUTIONAL RIGHT THERE TO HAS BEEN DENIED STATE V BOUND, 43 OHIO APP 2d 44, 72 OHIO OPS 2d 191, 332 NE 2d 366 THE DELAY WAS ATTRIBUTABLE TO LACHES ON THE PART OF THE STATE OR ITS OFFICERS

## III

THE CONSTITUTIONAL SPEEDY TRIAL PROTECTION APPLY TO ANY PERIOD BEFORE A PETITIONER IS INDICTED ARRESTED OR OTHERWISE OFFICIALLY ACCUSED UNITED STATES V MacDONALD US. 66 (1982) IN THIS CASE PETITIONER WAS INDICTED AND WAS BROUGHT IN FOR INITIAL APPEARANCE BEFORE THE JUDGE, AND THE PETITIONER PLED NOT GUILTY, THE PETITIONER WAS NOT GIVE UP HIS RIGHT TO SPEEDY TRIAL, CLAIM BASED ON ANALYZING SIXTH AMENDMENT SPEEDY TRIAL ACT. FACTORS ARE CONSIDERED

(1) THE LENGTH OF THE DELAY
(2) THE REASON FOR THE DELAY
(3) THE PETITIONER ASSERTION OF HIS RIGHT AND
(4) PREJUDICE TO THE PETITIONER RESULTING FROM THE DELAY. A DISTRICT COURT MUST APPLY A BALANCING TEST. THE BARKER BALANCING TEST APPLIES BETWEEN THE ARREST AND TRIAL UNITED STATES V GARCIA 995 F 2d 556 560 (5TH CIR 1993 CITING BARKER V WINGO 407 US 514 530-33, 92 SCT 2182 2192-93, 33 L.Ed 2d 101 (1972)

## IV

A COURT SHALL GRANT A MOTION TO SET ASIDE AN INDICTMENT. IF THE STATE IS NOT READY FOR TRIAL WITHIN 180 DAYS OF THE COMMENCEMENT OF A CRIMINAL ACTION IF THE PETITIONER IS ACCUSED OF A FELONY, WHERE STATE OBTAINED INDICTMENT UNDER

NEW CAUSE NUMBERS BECAUSE THE FIRST INDICTMENTS CONTAINED A DEFECTIVE ENHANCEMENT PARAGRAPH, BUT STATE ANNOUNCED READY AND HAD ACTUALLY BEEN READY FOR TRIAL AND AFTER INDICTMENTS WERE RETURNED STATE DID NOT NEGATE ITS FIRST ANNOUNCEMENT OF READY BY CAUSING THE GRAND JURY TO RETURN INDICTMENT RODIGUEZ V. STATE 689 S.W.2d 227 (TEX CRIM APP 1985)

WHEREFOR, PREMISES CONSIDERED PETITIONER PRAYS THAT THIS COURT DO JUSTICE

RESPECTFULLY SUBMITTED

*[signature]*

PETITIONER        PRO-SE

CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE COPY OF THE ABOVE WAS MAIL DELIVERED TO THE FOLLOWING ON THE 13 DAY OF NOVEMBER 2002

THE UNITED STATES COURT FOR THE SOUTHERN DISTRICT OF TEXAS DISTRICT ATTORNEY'S OFFICE 600 E HARRISON STREET BROWNSVILLE, TEXAS 78520

*[signature]*

PETITIONER        PRO-SE
HUGO HERNANDEZ #030734
CARISALES CAMERON COUNTY JAIL E-1
7301 OLD ALICE Rd
BROWNSVILLE, TEXAS 78520